UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SAMANTHA REECE,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-02376 CKD<br><br><br><br>ORDER |

     Plaintiff commenced this action by filing a complaint on November 25, 2019. It was stayed on April 16, 2020 pursuant to General Order Number 615.

     On September 2, 2020, defendant filed an answer to the complaint, along with an administrative transcript filed as a single electronic document. (ECF Nos. 13, 14.) Many such transcripts run to thousands of pages, and they are typically filed in multiple electronic volumes accompanied by a detailed index. While the court is aware that the Covid-19 shutdown has slowed the process of compiling an administrative record, defendant's filing of the transcript in this form (one giant document) does not warrant a lifting of the administrative stay as it does not foster meaningful review.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that defendant shall, as soon as practicable, file
2 an amended administrative transcript in the usual form (multiple electronic volumes), with an
3 index itemizing the records contained therein.  Upon such filing, the court shall lift the
4 administrative stay.

5  Dated:  September 3, 2020

6  _____
    CAROLYN K. DELANEY
7    UNITED STATES MAGISTRATE JUDGE

12  2/reece2376.index